

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00211-CV

IN THE MATTER OF THE ESTATE OF MICHAEL SHANNON CLARK II, DECEASED

§ On Appeal from the County Court

§ of Parker County (18P318)

§ July 15, 2021

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Michael Shannon Clark III and Christopher Scott Clark shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel